

IN THE
TENTH COURT OF APPEALS

_____

No. 10-12-00346-CV

IN RE CHARLES MICHAEL FORREST
_____

Original Proceeding

MEMORANDUM  OPINION

Relator's Petition for Writ of Mandamus is denied.  Relator's emergency motion

to stay enforcement is dismissed as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Motion dismissed
Opinion delivered and filed September 25, 2012
[OT06]